*Wednesday, December 13, 1995*

## MERIT DOCKET

95–2284. State ex rel. Palich v. James. In Habeas Corpus. *Sua sponte*, cause dismissed. MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

95–2198. State ex rel. Palich v. James. In Mandamus. This cause originated in this court upon the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion requesting adoption of agreed judgment entry, and the terms of the parties' proposed resolution of this matter,

IT IS ORDERED by the court, effective December 12, 1995, that further proceedings in the case of Martin L. Palich v. Susan Palich, Trumbull County Common Pleas Court, Domestic Relations Division, case No. 45961, will not be heard by respondent, Judge Richard L. James, or by Judge Pamela A. Rintala, who have recused themselves.

IT IS FURTHER ORDERED that further proceedings in the trial court shall be conducted in the matter of Martin L. Palich v. Susan Palich, by a visiting judge to be appointed by the Chief Justice of the Supreme Court, pursuant to his authority under Section 5(A)(3), Article IV, Ohio Constitution.

IT IS FURTHER ORDERED by the court that the trial court's judgment of September 1, 1995 is declared void, the trial court's judgment of October 29, 1993 is vacated, and the temporary orders of July 7, 1989 and April 24, 1990 shall remain in effect, pending further proceedings and order of the trial court.

IT IS FURTHER ORDERED that this case remains pending for purposes of consideration of relator's emergency motion to show cause, for sanctions, and for attorney fees.

DOUGLAS, J., would grant the writ, vacate all previous orders, remand to the trial court for new trial, and deny all other motions.

RESNICK and F.E. SWEENEY, JJ., reject the agreed judgment entry.

95–2469. State ex rel. Aust v. McDonald. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for stay and to expedite,

IT IS ORDERED by the court that the motion for stay and to expedite be, and hereby is, denied, effective December 11, 1995.

*Thursday, December 14, 1995*

## MERIT DOCKET

95–1997. State ex rel. Rossman v. Cleveland. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

On motion for attorney fees. *Sua sponte*, relators are ordered to submit bill, documentation, and brief in support of their application for attorney fees, to which respondent may respond.

F.E. SWEENEY, J., dissents and would grant the motion for attorney fees.

MOYER, C.J., and PFEIFER, J., dissent and would deny the motion for attorney fees.